1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CV-09-5637-WHA |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON |
| v. | |
| ROBERTO GUERRERO, an individual dba MARTHA AND BROTHERS COFFEE, | |
| Defendant. | Honorable William H. Alsup |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is currently scheduled for Wednesday, June 16, 2010, at 11:00 a.m.

The reason for continuing the Case Management Conference is due to the unavailability of counsel for the defendant. On May 17, 2010, the original conference date of June 4, 2010 was changed to June 16, 2010, a date during which Richard Beckman will be unavailable due to previously-booked vacation plans out of the Bay Area. The parties are also scheduled to conduct mediation June 28, 2010, and request the Court continue the CMC until the second Thursday after the mediation, which would be July 8, 2010.

1   In light of the above, deferring the Case Management Conference to and including July 8,
2   2010, will allow the parties sufficient time to try and resolve the above action and/or otherwise
3   proceed with mediation in the above-referenced case, and will allow counsel for defendant to
4   personally attend the CMC.
5   IT IS SO STIPULATED.
6   Respectfully Submitted,

8   Dated:  6/4/10  , 2010       THOMAS E. FRANKOVICH, ESQ.,
                                  A PROFESSIONAL LAW CORPORATION

11                                By: _____
                                  THOMAS E. FRANKOVICH
12                                Attorneys for Plaintiff CRAIG YATES, an
                                  individual

14  Dated:  June 4  , 2010        Richard L. Beckman, Esq.
                                  Beckman Marquez & Dowling LLP

16                                By: _____
                                  RICHARD L. BECKMAN
17                                Attorneys for Defendant ROBERTO GUERRERO,
18                                an individual dba MARTHA AND BROTHERS
                                  COFFEE

20                              **ORDER**

21  **IT IS SO ORDERED** that the Case Management Conference set for June 16, 2010, is
22  continued to  July 8  , 2010, at  11:00  a.m./p.m.  The parties shall file a Joint
23  Case Management Statement no later than seven (7) days prior to the Conference.

26  Dated:  June 7,  , 2010        /s/
                                  _____
27                                Honorable William H. Alsup
                                  United States District Judge
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON
                                                          Case No. CV-09-5637-WHA        2